```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                         WESTERN DIVISION
```

NEELY STROUPE                                               PLAINTIFF

VS.                              CIVIL ACTION NO. 5:07-cv-54(DCB)(JMR)

ALL AMERICAN CHECK CASHING, INC.                            DEFENDANT

## FINAL JUDGMENT

This cause having come before the Court on the defendant All American Check Cashing, Inc.'s motion for summary judgment, and the Court having granted the motion as to all claims in a Memorandum Opinion and Order of even date herewith;

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the   25th   day of March, 2008.


                                    s/David Bramlette
                                    UNITED STATES DISTRICT JUDGE